```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27117
   MICHAEL VERN UNRUH
   ROBIN LYNN UNRUH                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8764      SSN XXX-XX-3603

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/22/2004 and was confirmed 01/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    9.72%.

     The case was paid in full 11/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
COLE TAYLOR BANK            CURRENT MORTG          .00             .00            .00
COLE TAYLOR BANK            MORTGAGE ARRE      7166.72         1159.25        7166.72
GMAC MORTGAGE               MORTGAGE ARRE     15653.12         2079.95       15653.12
GMAC MORTGAGE               CURRENT MORTG          .00             .00            .00
NUMARK CREDIT UNION         SECURED            1295.49          161.63        1295.49
NUMARK CREDIT UNION         UNSECURED          2845.98             .00         276.63
PORTFOLIO RECOVERY ASSOC    UNSECURED          7670.56             .00         745.58
LVNV FUNDING LLC            UNSECURED          7123.62             .00         692.42
SHERMAN ACQUISITION         UNSECURED          1624.96             .00         157.95
SHERMAN ACQUISITION         UNSECURED         18378.83             .00        1786.42
CORUS BANK                  UNSECURED         22803.91             .00        2216.54
DISCOVER FINANCIAL SERVI    UNSECURED          9635.90             .00         936.61
PORTFOLIO RECOVERY ASSOC    UNSECURED          9133.76             .00         887.80
ROUNDUP FUNDING LLC         UNSECURED         16449.36             .00        1598.88
VISA                        UNSECURED        NOT FILED             .00            .00
WASHINGTON MUTUAL           UNSECURED        NOT FILED             .00            .00
HEIGHTS AUTO WORKERS C U    UNSECURED          2859.93             .00         277.99
DAWN L LANDWEHR             DEBTOR ATTY            .00                            .00
TOM VAUGHN                  TRUSTEE                                          2,330.01
DEBTOR REFUND               REFUND                                              39.31

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             39,462.30

PRIORITY                                       .00
SECURED                                   24,115.33
    INTEREST                               3,400.83
UNSECURED                                  9,576.82
ADMINISTRATIVE                                 .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 27117 MICHAEL VERN UNRUH & ROBIN LYNN UNRUH
```

```
TRUSTEE COMPENSATION                                           2,330.01
DEBTOR REFUND                                                     39.31
                                        ----------------   ----------------
TOTALS                                        39,462.30           39,462.30
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 02/24/09                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE